# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chen, Edward M. | U.S. District Court, N.D. California | 08/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Chambers of Judge Edward M. Chen
450 Golden Gate Avenue, 17th Floor
San Francisco, CA 94102

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Employee | Limited Liability Co. #8 ▓▓▓▓▓ |
| 2. | Trustee | Trust #5 ▓▓▓▓▓ |
| 3. | Trustee | Trust #8 ▓▓▓▓▓ |
| 4. | Trustee | Trust #16 ▓▓▓▓▓ |
| 5. | Trustee | Trust #17 ▓▓▓▓▓ |
| 6. | Trustee | Trust #18 ▓▓▓▓▓ |
| 7. | Trustee | Trust #19 ▓▓▓▓▓ |
| 8. | Trustor | Trust #20 ▓▓▓▓▓ |
| 9. | Manager | Limited Liability Co. #1 ▓▓▓▓▓ |
| 10. | Manager | Limited Liability Co. #2 ▓▓▓▓▓ |
| 11. | Manager | Limited Liability Co. #3 ▓▓▓▓▓ |
| 12. | Manager | Limited Liability Co. #4 ▓▓▓▓▓ |
| 13. | Manager | Limited Liability Co. #5 ▓▓▓▓▓ |
| 14. | Manager | Limited Liability Co. #6 ▓▓▓▓▓ |
| 15. | Manager | Limited Liability Co. #7 ▓▓▓▓▓ |
| 16. | Manager | Limited Liability Co. #8 ▓▓▓▓▓ |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1991 | ACLU Employees - Defined Benefit Pension Plan, no control |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chen, Edward M.** | 08/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Limited Liability Co. #8 | $26,952.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Limited Liability Co. #8 - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U.S. Patent and Trademark Office | 1/27/2019 - 2/1/2019 | Bangkok, Thailand | Panelist on judicial program for judges from ASEAN member countries | Airfare, hotel, meals, ground transportation |
| 2. | U.S. Patent and Trademark Office | 4/4/2019 - 4/12/2019 | Taipei, Taiwan | Panelist on program for stemming digital piracy and enforcing trade secrets | Airfare, hotel, meals, ground transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Savings Bank | Co-signer on mortgage condominium investment | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Limited Partnership #3 ▓▓▓▓▓ ▓▓▓▓▓ | | | | | | | | | |
| 2. (9.5% Interest) | | | | | | | | | |
| 3. -Commercial Property #3 (San Francisco, CA) | C | Rent | K | U | | | | | |
| 4. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 5. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 6. -Condominium #1 (Kohala Coast, HI) | A | Rent | K | U | | | | | |
| 7. -El Dorado Hospitality, LLC | A | Rent | J | U | | | | | |
| 8. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 9. -Cathay Bank (account) | A | Interest | J | T | Closed | 06/13/19 | J | A | |
| 10. | | | | | | | | | |
| 11. Limited Partnership #5 (▓▓▓▓▓ | | | | | | | | | |
| 12. Limited Partnership) (20.5% Interest) | | | | | | | | | |
| 13. -Commercial Property #4 (Sacramento, CA) | D | Rent | M | U | | | | | |
| 14. -Bank of America (accounts) | A | Interest | K | T | | | | | |
| 15. -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 16. -East-West Bank (account) | A | Interest | K | T | | | | | |
| 17. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -First Citizens Bank (account) | A | Interest | J | T | Open | 01/01/19 | J | | |
| 19. | -Limited Liability Company #2 ▒▒▒▒ ▒▒▒▒ | | | | | | | | | |
| 20. | (Limited Partnership #5 owns 25% Interest) | | | | | | | | | |
| 21. | --Commercial Property #8 (San Rafael, CA) | D | Rent | M | U | | | | | |
| 22. | --Bank of America (account) | A | Interest | M | T | | | | | |
| 23. | --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 24. | --East-West Bank (account) | A | Interest | M | T | | | | | |
| 25. | --First Republic Bank (account) | A | Interest | L | T | | | | | |
| 26. | --Cathay Bank (account) | A | Interest | L | T | | | | | |
| 27. | -Bank of America (accounts) [Erroneously included in | A | Interest | J | T | | | | | |
| 28. | 2018 Report] | | | | | | | | | |
| 29. | | | | | | | | | | |
| 30. | Life Insurance Policies - New York Life Ins. Co. (Whole Life Policies) | A | Interest | J | T | | | | | |
| 31. | | | | | | | | | | |
| 32. | Trust 35 (Co-Trustee only) (No ownership) | | | | | | | | | |
| 33. | -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 34. | -East-West Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chen, Edward M.** | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 36. -First Republic Bank (account) | A | Interest | J | T | | | | | |
| 37. -Limited Liability Co. #3 ▨▨▨▨ (2.4% Interest) | | | | | | | | | |
| 38. --Commercial Property #7 (Sacramento, CA) | B | Rent | J | U | | | | | |
| 39. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 40. --First Republic Bank (accounts) | A | Interest | J | T | | | | | |
| 41. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 42. --East-West Bank (accounts) | A | Interest | J | T | | | | | |
| 43. --Cathay Bank (accounts) | A | Interest | J | T | | | | | |
| 44. -Limited Liability Co. #7 ▨▨▨ (13.3% Interest) | | | | | | | | | |
| 45. --Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 46. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 47. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 48. --First Citizens Bank (account) | A | Interest | J | T | Open | 01/01/19 | J | | |
| 49. -Limited Partnership #2 ▨▨▨ | | | | | | | | | |
| 50. (0.88% Interest) | | | | | | | | | |
| 51. --Commercial Property #2 (San Francisco, CA) | A | Rent | J | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 53.   --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 54.   --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 55.   --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 56. | | | | | | | | | |
| 57.   Merrill Lynch - IRA | | | | | | | | | |
| 58.   -Cash Account - Merrill Lynch | C | Interest | K | T | | | | | |
| 59.   -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 60.   -Ariel Appreciation Fund | A | Dividend | K | T | | | | | |
| 61.   -Calvert Social Index | A | Dividend | K | T | | | | | |
| 62.   -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 63.   -Templeton Developing | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65.   Merrill Lynch - IRA | | | | | | | | | |
| 66.   -Cash Account - Merrill Lynch | C | Interest | K | T | | | | | |
| 67.   -Calvert Social Investment Fund Balanced Portfolio | A | Dividend | K | T | | | | | |
| 68.   -Frankin U.S. Government Series Class A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Calvert Large Cap Core | A | Dividend | K | T | | | | | |
| 70.  -Templeton Developing | A | Dividend | J | T | | | | | |
| 71.  -Templeton Foreign Fund | A | Dividend | J | T | | | | | |
| 72. | | | | | | | | | |
| 73.  Lincoln Financial Group (403(b)) | | | | | | | | | |
| 74.  -LVIP UBS Global Asset Allocation | A | Dividend | K | T | | | | | |
| 75.  -LVIP Delaware Social Awareness | A | Dividend | L | T | | | | | |
| 76. | | | | | | | | | |
| 77.  Bank of America (accounts) | A | Interest | N | T | | | | | |
| 78. | | | | | | | | | |
| 79.  Sterling Bank & Trust (accounts) | A | Interest | M | T | | | | | |
| 80. | | | | | | | | | |
| 81.  Ally Bank (account) | A | Interest | M | T | | | | | |
| 82. | | | | | | | | | |
| 83.  Trust #16 (Trustee only) (No ownership) | | | | | | | | | |
| 84.  -Bank of America (account) | A | Interest | J | T | | | | | |
| 85.  -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 87. -Limited Partnership #2 ( ▓▓▓▓ ) ▓▓▓▓ | | | | | | | | | |
| 88. (26.69% Interest) | | | | | | | | | |
| 89. --Commercial Property #2 (San Francisco, CA) | A | Rent | J | U | | | | | |
| 90. --Bank of Ameridca (accounts) | A | Interest | J | T | | | | | |
| 91. --Cathay Bank ( accounts) | A | Interest | J | T | | | | | |
| 92. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 93. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 94. | | | | | | | | | |
| 95. Limited Liability Co. #4 ▓▓▓▓ | | | | | | | | | |
| 96. -Bank of America (account) | A | Interest | L | T | | | | | |
| 97. -Limited Partnership #1 ▓▓▓▓ | | | | | | | | | |
| 98. (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 99. --Limited Liability Co. #5 ▓▓▓▓ (Limited | | | | | | | | | |
| 100. Partnership #1 owes 25% Interest) | | | | | | | | | |
| 101. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 102. --First Republic Bank (account) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 104. --Commercial Property #1 (San Francisco, CA) | B | Rent | J | U | | | | | |
| 105. -Limited Partnership #2 | | | | | | | | | |
| 106. (Limited Liability Co. #4 owns 1% Interest) | | | | | | | | | |
| 107. --Commercial Property #2 (San Francisco, CA) | D | Rent | K | U | | | | | |
| 108. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 109. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 110. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 111. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 112. -Limited Partnership #5 | | | | | | | | | |
| 113. (LLC #4 owns 1% Interest) | | | | | | | | | |
| 114. --Commercial Property #4 (Sacramento, CA) | C | Rent | J | U | | | | | |
| 115. --Bank of America (accounts) | A | Interest | J | T | | | | | |
| 116. --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 117. --East-West Bank (account) | A | Interest | J | T | | | | | |
| 118. --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 119. --Limited Liability Co. #2 (Limited | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Partenrship #5 owns 25% Interest) | | | | | | | | | |
| 121.  --Commercial Property #8 (San Rafael, CA) | A | Rent | J | U | | | | | |
| 122.  --Bank of America (account) | A | Interest | J | T | | | | | |
| 123.  --Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 124.  --East-West Bank (account) | A | Interest | J | T | | | | | |
| 125.  --First Republic Bank (account) | A | Interest | J | T | | | | | |
| 126.  --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 127. | | | | | | | | | |
| 128.  Limited Liability Co. #6 ▓▓▓▓ (50.5%) | | | | | | | | | |
| 129.  -Bank of America (account) | B | Interest | N | T | | | | | |
| 130.  -First Republic Bank (account) | A | Interest | K | T | | | | | |
| 131.  -Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 132.  -Cathay Bank (account) | A | Interest | J | T | Closed | 06/13/19 | J | A | |
| 133.  -Provident Credit Union (account) [Erroneously omitted from | A | Interest | J | T | | | | | |
| 134.  prior Reports] | | | | | | | | | |
| 135.  -Condominium #5 (Maui, HI) | E | Rent | M | U | | | | | |
| 136.  -Commercial Property #12 (San Rafael, CA) | D | Rent | N | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Condominum #6 (Maui, HI) | D | Rent | L | U | Sold | 01/31/19 | O | G | Mark Pamat, Kelly Robinson |
| 138.  -Commercial Property #13 (Novato, CA) | D | Rent | N | U | | | | | |
| 139.  -Commercial Property #14 (Goleta, CA) | D | Rent | N | U | | | | | |
| 140. | | | | | | | | | |
| 141.  Limited Liability Co. #7 ▒▒▒▒<br>▒▒ (Manager only) | | | | | | | | | |
| 142.  (No ownership) | | | | | | | | | |
| 143.  -Commercial Property #8 (Sacramento, CA) | A | Rent | J | U | | | | | |
| 144.  -Bank of America (accounts) | A | Interest | J | T | | | | | |
| 145.  -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 146.  -First Citizens Bank (account) | A | Interest | J | T | Open | 01/01/19 | J | | |
| 147. | | | | | | | | | |
| 148.  BST Hospitality, LLC | A | Dividend | L | U | | | | | |
| 149. | | | | | | | | | |
| 150.  Trust #17 | | | | | | | | | |
| 151.  -Commercial Property #11 (Petaluma, CA) | F | Rent | N | U | | | | | |
| 152.  -Bank of America (account) | A | Interest | N | T | | | | | |
| 153.  -Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | | | | | | |
| 155. | Trust #18 (Trustee only) (No ownership interest) | | | | | | | | | |
| 156. | -East-West Bank (account) | A | Interest | J | T | | | | | |
| 157. | -Sterling Bank & Trust (account) | A | Interest | J | T | | | | | |
| 158. | -Cathay Bank (account) | A | Interest | J | T | | | | | |
| 159. | -Bank of America (account) | A | Interest | J | T | | | | | |
| 160. | | | | | | | | | | |
| 161. | Trust #19 | | | | | | | | | |
| 162. | -Bank of America (account) | A | Interest | L | T | | | | | |
| 163. | -Limited Liability Co. #1 (▨▨▨▨ ▨▨) (77% Interest) | | | | | | | | | |
| 164. | --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 165. | --Bank of America (account) | C | Interest | N | T | | | | | |
| 166. | --First Republic Bank (account) | B | Interest | L | T | | | | | |
| 167. | --Sterling Bank & Trust (account) | B | Interest | K | T | | | | | |
| 168. | --Condominium #2 (Maui, HI) | E | Rent | K | U | | | | | |
| 169. | --Condominium #3 (Santa Barbara, CA) | E | Rent | K | U | | | | | |
| 170. | --Commercial Condominium (San Francisco, CA) | G | Rent | M | U | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chen, Edward M.** | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172.  Trust #20 (Spouse Trustee) | | | | | | | | | |
| 173.  -Bank of America (account) | A | Int./Div. | M | T | | | | | |
| 174.  -Limited Liability Co. #1 ▮▮▮▮ ▮▮ (22% Interest) | | | | | | | | | |
| 175.  --Commercial Building #9 (San Francisco, CA) | G | Rent | O | U | | | | | |
| 176.  --Bank of America (accounts) | C | Interest | L | T | | | | | |
| 177.  --First Republic Bank (account) | B | Interest | L | T | | | | | |
| 178.  --Sterling Bank & Trust (account) | B | Interest | K | T | | | | | |
| 179.  --East-West Bank (account) [Erroneously included in prior | B | Interest | L | T | | | | | |
| 180.  Report -- closed in 4/12/2018] | | | | | | | | | |
| 181.  --Condominimum #2 (Maui, HI) | D | Rent | K | U | | | | | |
| 182.  --Condominium #3 (Santa Barbara, CA) | D | Rent | K | U | | | | | |
| 183.  -Limited Partnership #3 (49.5% Interest) | | | | | | | | | |
| 184.  --Commercial Property #3 (San Francisco, CA) | D | Rent | M | U | | | | | |
| 185.  --Bank of America (accounts) | A | Interest | L | T | | | | | |
| 186.  --First Republic Bank (account) | A | Interest | M | T | | | | | |
| 187.  --Condominium #1 (Kohala Coast, HI) | A | Rent | M | U | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  --El Dorado Hospitality, LLC | A | Dividend | J | U | | | | | |
| 189.  --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 190.  --Cathay Bank (account) | A | Interest | J | T | Closed | 06/13/19 | J | A | |
| 191.  -Limited Liability Co. #5 (Limited Partnership #1 | | | | | | | | | |
| 192.  owns 25% Interest) | | | | | | | | | |
| 193.  --Bank of America (account) | A | Interest | L | T | | | | | |
| 194.  --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 195.  --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 196.  --Commercial Property #1 (San Francisco, CA) | G | Rent | N | U | | | | | |
| 197.  -Limited Liability Co. #6 (49.5 Interest) | | | | | | | | | |
| 198.  --Provident Credit Union (account) | A | Interest | J | T | | | | | |
| 199.  --Bank of America (account) | B | Interest | N | T | | | | | |
| 200.  --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 201.  --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |
| 202.  --Condominium #5 (Maui, HI) | D | Rent | M | U | | | | | |
| 203.  --Commercial Condominium (San Francisco, CA) | G | Rent | O | U | | | | | |
| 204.  --Sterling Bank & Trust (account) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. --Commercial Property #12 (San Rafael, CA) | D | Rent | N | U | | | | | |
| 206. --Condominium #6 (Maui, HI) | D | Rent | L | U | Sold | 01/31/19 | O | G | Mark Pamat, Kelly Robinson |
| 207. --Cathay Bank (account) | A | Interest | J | T | | | | | |
| 208. -Limited Liability Co. #3 (26% Interest) | | | | | | | | | |
| 209. --Commercial Property #7 (Sacramento, CA) | E | Rent | L | U | | | | | |
| 210. --Sterling Bank & Trust (account) | A | Interest | K | T | | | | | |
| 211. --First Republic Bank (account) | A | Interest | K | T | | | | | |
| 212. --Bank of America (accounts) | A | Interest | L | T | | | | | |
| 213. --East-West Bank (accounts) | A | Interest | K | T | | | | | |
| 214. --Cathay Bank (accounts) | A | Interest | K | T | | | | | |
| 215. --First Citizens Bank (account) | A | Interest | J | T | Open | 01/01/19 | J | | |
| 216. | | | | | | | | | |
| 217. Limited Liability Co. #8 (Manager only) | A | Dividend | J | U | | | | | |
| 218. -Bank of America (accounts) | A | Interest | J | T | | | | | |
| 219. -First Republic Bank (account) | A | Interest | J | T | Open | 05/24/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chen, Edward M. | 08/17/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Values and income are based on pro-rata interests owned by filer and ▮▮▮ (or in which filer/▮▮▮ has a beneficial interest).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Edward M. Chen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544